IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES DAVIS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 3:14-CV-0846-N-BD |
| | § | |
| WELLS FARGO BANK, N.A., LAKEWAY FAMILY TRUST, RONALD JOHNSON, | § § § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated March 10, 2014, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

This case is TRANSFERRED to the Fort Worth Division of the Northern District of Texas.

**SO ORDERED** April 11, 2014.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE